IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

V.    NO. 12-mj-1084

WANDY SOSA

## ORDER

The government's motion to seal this matter pending defendant's apprehension and arrest is GRANTED.

September 12, 2012
DATE

UNITED STATES MAGISTRATE JUDGE